JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ATIKE KING,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant(s) | CASE NO. SA CV 14-0258-DOC (RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

　　　The Court having been notified by counsel for the parties that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **May 29, 2015**, to reopen this action if settlement is not consummated.

　　　IT IS SO ORDERED.

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated:  March 26, 2015